Brittany L. Primavera *(Attorney Id. No. 064442013)*
**GORDON REES SCULLY MANSUKHANI, LLP**
*Attorneys for Defendants Accurate Box Company, Inc.,
Mark Schlossman, and John Dennehy*
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: 212-453-0737
bprimavera@grsm.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SILVERSTEIN, | Case No: 2:17-cv-1737-KSH-CLW |
| Plaintiff, | **ORDER GRANTING MOTION TO REDACT AND SEAL** |
| v. | |
| ACCURATE BOX COMPANY, INC., MARK SCHLOSSMAN, AND JOHN DENNEHY, | |
| Defendants. | |

**THIS MATTER** having come before this Court on the Defendants' motion to redact and seal Accurate Box's confidential business and financial information contained in the transcript of oral argument on Defendants' Motion for Summary Judgment dated May 27, 2020. After having considered Defendants' submission; and for good cause shown:

**WHEREAS** on December 1, 2020, docket entry 93 the Court ordered the parties seeking to redact and seal the transcript pursuant to L.Civ.R. 5.3(g) to e-file a motion to redact and seal the transcript;

**WHEREAS** on December 8, 2020, Defendants filed a Notice of Intent to Request Redaction of the transcript;

**WHEREAS** on December 22, 2020, the redacted version of the transcript was filed under docket number 95.

**WHEREAS** Defendants request that this Court formally redact and seal the May 27, 2020 transcript;

**WHEREAS** on February 12, 2021, Defendants' Counsel filed a Declaration in support of its motion to seal the May 27, 2020 transcript;

**Defendants' Proposed Conclusions of Law**

1. With regard to Accurate Box's confidential business and financial information, the Discovery Confidentiality Order and the Federal Rules of Civil Procedure protect the Defendants' personal information from public disclosure.

2. With regard to the May 27, 2020 transcript, Defendants have an interest in protecting their confidential business and financial information from being made available to the public.

3. Defendants are only seeking to seal documents that contain confidential business and financial information and that could harm their competitive standing if disclosed.

4. There are no less restrictive means available than the relief sought by the Defendants. **BASED UPON** the foregoing findings of fact and conclusions of law:

**IT IS** on this 16th day of February, 2021; **ORDERED** that the Defendants' Motion to Seal is GRANTED; and

**IT IS FURTHER ORDERED** that the version of the transcript of motion via zoom conference held on May 27, 2020 filed on December 1, 2020 as docket number 93, to be permanently redacted and sealed in accordance with this Order.

                                                    */s/ Cathy L. Waldor*
                                                    Honorable Cathy L. Waldor, U.S.M.J.